IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHICAGO REGIONAL COUNCIL OF )
CARPENTERS PENSION FUND, et al., )
)
              Plaintiffs, )
)
  v. )   No. 07 C 5885
)
ILLINOIS GENERAL CONSTRUCTION, )
INC., et al., )
)
              Defendants. )

## MEMORANDUM ORDER

All defendants in this ERISA action have filed their Answer to the Amended Complaint filed against them by several employee benefit funds. This memorandum order is issued sua sponte because Answer ¶¶11, 14, 17 and 18 have failed to follow the clear disclaimer roadmap marked out by Fed. R. Civ. P. 8(b)(5)--see App'x ¶1 to <u>State Farm Mut. Auto. Ins. Co. v. Riley</u>, 199 F.R.D. 276, 278 (N.D. Ill. 2001). Those paragraphs of the Answer are stricken, and defense counsel is granted until September 14, 2009 to file an appropriate amendment to those paragraphs, failing which the corresponding allegations of the Amended Complaint will be deemed to have been admitted.

                                  _____
                                  Milton I. Shadur
                                  Senior United States District Judge

Date: September 3, 2009